**Gregory L. Myers, #95743**
**LAW OFFICES OF GREGORY L. MYERS**
**1500 W. Shaw Ave., Suite 204**
**Fresno, California 93711**
**Tel:   559-222-1005**
**Fax:   559-222-0702**
gmyers@fresno-law.com

Attorney for Defendants, CITY OF MADERA, OFFICER JOSH CHAVEZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **VICTORIANO MENDEZ GARCIA,** | )    **CASE NO.:  1:13-CV-01793 LJO MJS** |
|       **Plaintiff,** | ) |
| | )    **STIPULATION AND ORDER TO AMEND** |
| **vs.** | )    **DEFENDANTS' ANSWER TO** |
| | )    **COMPLAINT TO ADD DEMAND** |
| **CITY OF MADEA, CITY OF MADERA** | )    **FOR JURY** |
| **POLICE DEPARTMENT, MADERA** | ) |
| **POLICE OFFICER JOSH CHAVEZ,** | ) |
| **et al.,** | ) |
| | ) |
|       **Defendants.** | ) |
| | ) |
| | ) |

     **WHEREAS** the Defendants, CITY OF MADERA and OFFICER JOSH CHAVEZ, filed their Answer to Complaint in the present action on February 27, 2014 (Doc No. 7).  The parties hereby agree, and jointly stipulate by and through their counsel of record, that the following language be added to Defendants' Answer to Complaint, under the signature line of defense counsel, Gregory L. Myers:

"**DEMAND FOR JURY TRIAL**

     Defendants hereby demand a jury trial for all triable issues."

///

IT IS HEREBY STIPULATED.

DATED:  March  24, 2014.                    LAW OFFICES OF GREGORY L. MYERS

                                           */s/ Gregory L. Myers*
                                        By:_____
                                           Gregory L. Myers
                                           Attorney for Defendants, CITY OF
                                           MADERA, OFFICER JOSH CHAVEZ


DATED:  March  24, 2014.                    SALAZAR & COOK, LLP

                                           */s/ Lazaro Salazar*
                                        By:_____
                                           Lazaro Salazar
                                           Attorney for Plaintiff, VICTORIANO
                                           MENDEZ GARCIA


## ORDER

Good cause appearing, the above Stipulation is accepted and adopted as the Order of the

Court.

IT IS SO ORDERED.


   Dated:   March 25, 2014        ____/s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE