1 | Lazaro Salazar, SBN # 234183
2 | 252 N. Fulton Street
  | Fresno, California 93701
3 | 559-498-0828
  | lazaro@salazarcooklaw.com
4 |
5 | Attorney for Plaintiff Victoriano Mendez-Garcia
6 | Gregory L. Myers, # 95743
  | Law Offices of Gregory L. Myers
7 | 1500 W. Shaw Avenue, suite 204
  | Fresno, California 93711
8 | gmyers@fresno-law.com
9 |
10 | Attorney for Defendants, City of Madera and Officer Josh Chavez

UNITED STATES DISTRICT FOR

THE EASTERN DISTRICT OF CALOIFORNIA

| | |
|---|---|
| VICTORIANO MENDEZ-GARCIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF MADERA, CITY OF MADERA POLICE DEPARTMENT, MADERA POLICE OFFICER JOSH CHAVEZ (BADGE NO. 3509), DHS US AGENCY,<br><br>　　　　Defendant | Case No.: 1:13-CV-01793 JLO-MJS<br><br>JOINT STIPULATION RE: FILLING OF AMENDED COMPLAINT |

   Pursuant to this Court's order, the parties have met and conferred regarding the filling of Plaintiff's First Amended Complaint and determine whether, and on what terms, the parties would stipulate regarding the filling of the First Amended Complaint.

JOINT STIPULATION RE: FILLING OF AMENDED COMPLAINT - 1

Plaintiff Victoriano Mendez-Gracia (hereinagfter "Plaintiff") is represented by Lazaro Salazar of Salazar & Cook, LLP and Defendant City of Madera and Josh Chavez (hereinafter "Madera Defendants") are represented by Gregory L. Myers of The Law Offices of Gregory L. Myers.

The parties have met and conferred, stipulate and agree with respect to the following:

1. Plaintiff and Madera Defendants stipulate and agree that said Defendants Answer to the First Amended Complaint filed by Plaintiff on July 1, 2014; no additional Answer need be filed in response to Plaintiff's First Amended Complaint. It is further stipulated that said Defendants have by way of their Answer to the First Amended Complaint preserved the right to jury trial.

2. Plaintiff and Madera Defendants stipulate and agree that this Court may issue an Order that a new Scheduling Conference date shall be set, and a determination made whether Federal defendants agree to the Magistrate serving as the judge for all purpose, including trial.

Dated this 8 of August, 2014.

/s/   Lazaro Salazar
Lazaro Salzar, Esq.
Attorney for Plaintiff, Victoriano Mendez Garcia

/s/ Gregory L. Myers
Gregory L. Myers, Esq.
Attorney for Defendant, City of Madera & Josh Chavez

JOINT STIPULATION RE: FILLING OF AMENDED COMPLAINT - 2

## ORDER

Good cause appearing, the parties" Stipulation, in Case No. 1:13-CV-01793-MJS, above, is accepted and adopted and made the Order of this Court as set forth below:

1.  Plaintiff's First Amended Complaint. (ECF No. 17) is deemed to have been filed with the consent of Defendants City of Madera and Officer Josh Chavez, and the Court;

2.  The Answer and Affirmative Defenses of Defendants, City of Madera and Officer Josh Chavez (ECF No. 7, as amended by ECF Nos. 15 and 16) shall serve as said Defendants' Answer and Affirmative Defenses to Plaintiff's First Amended Complaint;

3.  All rights of the above parties to trial by jury have been preserved; and,

4.  The Court will address consent and scheduling issues as they arise with the appearance of additional parties.

IT IS SO ORDERED.

Dated:  August 11, 2014

/s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION RE: FILLING OF AMENDED COMPLAINT - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION RE: FILLING OF AMENDED COMPLAINT - 4