| | |
|---|---|
| **VICTORIANO MENDEZ GARCIA,** | 1:13-cv-01793 MJS |
| Plaintiff, | **ORDER DIRECTING CLERK OF COURT TO ISSUE CONSENT/DECLINE MAGISTRATE JUDGE JURISDICTION FORM TO DEFENDANT DEPARTMENT OF HOMELAND SECURITY** |
| v. | |
| **CITY OF MADERA, et al.,** | |
| Defendants. | **ORDER DIRECTING DEFENDANT DEPARTMENT OF HOMELAND SECURITY TO FILE CONSENT/DECLINE FORM WITH THE COURT WITHIN FOURTEEN (14) DAYS** |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff filed a complaint against the City of Madera, City of Madera Police Department and officer Josh Chavez on November 5, 2013. (Compl., ECF No. 1.) The parties consented to Magistrate Judge jurisdiction on March 13 and 17, 2014, and the matter was reassigned to Magistrate Judge Seng. (ECF Nos. 9, 12-13.) On July 1, 2014, Plaintiff filed a first amended complaint adding defendant Department of Homeland Security ("DHS"). (Am. Compl., ECF No. 17.) On October 21, 2014, DHS filed a motion to dismiss the complaint. (Mot., ECF No. 27.) However, DHS has not consented or declined magistrate jurisdiction pursuant to 28 U.S.C. §636(c)(1).

Accordingly, it is hereby ORDERED that the Clerk of Court issue defendant DHS a copy of the "Consent/Decline of Jurisdiction of United States Magistrate Judge" form,

and that defendant DHS file the completed form with the Court within fourteen days of the date of service of this order.

IT IS SO ORDERED.

Dated:   October 24, 2014              /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE