BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant DHS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIANO MENDEZ GARCIA,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF MADERA, CITY OF MADERA POLICE DEPARTMENT, MADERA POLICE OFFICER JOSH CHAVEZ (BADGE NO. 3509), DHS, US AGENCY,<br><br>                Defendants. | **Case No. 1:13-cv-01793-MJS**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEPARTMENT OF HOMELAND SECURITY'S MOTION TO DISMISS**<br><br>Date: December 12, 2014<br>Time: 9:30 a.m.<br>Ctrm: 6 |

      The parties to this action hereby stipulate and request that the Court continue to January 9, 2015, the hearing on Defendant Department of Homeland Security's Motion to Dismiss ("Motion," ECF No. 27) for the following reasons. Plaintiff has made a proposal to resolve some or all of the legal issues raised in the Motion through a stipulation for the filing of a Second Amended Complaint. Counsel request a continuance of the hearing in order to allow time for evaluation and discussion of Plaintiff's proposal and for the potential resolution of disputed legal issues in this case without further involvement of the Court.

/ / /

/ / /

STIPULATION AND ORDER TO CONTINUE HEARING ON DEPARTMENT OF HOMELAND SECURITY'S MOTION TO DISMISS     1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 26, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant DHS |
| Dated: November 26, 2014 | SALAZAR & COOK, L.L.P. |
|   | /s/ Lazaro Salazar<br>LAZARO SALAZAR<br>Attorneys for Plaintiff |
| Dated: November 26, 2014 | LAW OFFICES OF GREGORY L. MYERS |
|   | [Authorized November 26, 2014] |
|   | /s/ Gregory Lee Myers<br>GREGORY LEE MYERS<br>Attorney for Defendants City of Madera and Josh Chavez |

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the hearing on Defendant Department of Homeland Security's Motion to Dismiss (ECF No. 27) is continued to January 9, 2015, at 9:30 a.m. in Courtroom 6.

IT IS SO ORDERED.

Dated:  December 1, 2014            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE