LAZARO SALAZAR, SBN 234183
SALAZAR & COOK, LLP
252 N. Fulton Street
Fresno, California 93701
Telephone:   (559) 498-0828
Facsimile:   (559) 498-0822
E-mail: Lazaro@SalazarCookLaw.com

Attorney for Plaintiff Victoriano Mendez-Garcia

IN THE UNITED STATES DISTRICT COURT IN AND

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | Defendants |
| VICTORIANO MENDEZ-GARCIA | |
| Plaintiff | |
| v. | |
|  | Case No.1:13-CV-01793-MJS |
| CITY OF MADERA, CITY OF MADERA POLICE DEPARTMENT, MADERA POLICE OFFICER JOSH CHAVEZ (BADGE NO. 3509), **THE UNITED STATES OF AMERICA, A Sovereign Nation acting by and through Its Agency, The Department of Homeland Security**. | STIPULATION RE FILING OF SECOND AMENDED COMPLAINT |
| _____ | |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES TO THIS ACTION by and

through their attorneys of record herein as follows:

1.   Plaintiff filed a First Amended Complaint in this action, naming an agency of the United States

_____
STIPULAITON RE FILING OF SECOND AMENDED COMPLAINT

1    government as one of the defendants in this action;

2    2.   The Department of Homeland Security (herein "DHS"), one of the defendants named herein, has

3    moved for an order dismissing this action on the grounds, among other arguments, that there is no

4    statutory exception for permitting an action to be brought against an agency of the United States

5    for the actions or omissions alleged;

6

7    3.   Plaintiff asserts that the First Amended Complaint was properly brought, but based on the issues

8    raised by DHS, Plaintiff has proposed that the motion brought by DHS be withdrawn, that Plaintiff

9    be permitted to file and serve its Second Amended Complaint, naming the United States as a

10   Defendant in this action and withdrawing the action as against DHS as a party defendant, and that

11   all defendants retain all rights to assert any and all answers, defenses, denials, claims or cross

12   complaints as would be permitted in filing a response to an original complaint.

13

14   4.   The court may and shall issue an order permitting the filing of the Proposed Second Amended

15   Complaint, in the form attached as Exhibit "1" and by this reference incorporated as though set

16   forth at length herein.

17   I agree to all of the above.

18   Dated: January 8, 2015                    _/s/ Lazaro Salazar_____
19                                             Lazaro Salazar
                                               Attorney for Plaintiff, Victoriano Mendez-Garcia
20   I agree to all of the above.

21   Dated: January 8, 2015                    _/s/Gregory L. Myers_____
22                                             Gregory L. Myers
                                               Attorney for Defendants City of Madera, City of Madera
23                                             Police Department and Josh Chavez
     I agree to all of the above.
24
25   Dated: January 8, 2015                    __/s/ Benjamin E. Hall_____
                                               Benjamin E. Hall
26                                             Attorney for Defendant, DHS

27

28   _____
     STIPULAITON RE FILING OF SECOND AMENDED COMPLAINT

1

**Order**

2    Good cause appearing, the above STIPULATION RE FILING OF SECOND AMENDED

3  COMPLAINT in Case No.1:13-CV-01793-MJS is accepted and adopted as the Order of the Court.

4  The Second Amended Complaint shall be filed within five days of the date of this Order.

5

6
IT IS SO ORDERED.
7

8   Dated:   __January 9, 2015__         ____ /s/ *Michael J. Seng* ____

9                                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
——————————
STIPULAITON RE FILING OF SECOND AMENDED COMPLAINT