LAZARO SALAZAR, SBN 234183
SALAZAR & COOK, LLP
252 N. Fulton Street
Fresno, California 93701
Telephone:  (559) 498-0828
Facsimile:   (559) 498-0822
E-mail: Lazaro@SalazarCookLaw.com

Attorney for Plaintiff Victoriano Mendez-Garcia

IN THE UNITED STATES DISTRICT COURT IN AND

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIANO MENDEZ-GARCIA<br><br>Plaintiff<br><br>v.<br><br>CITY OF MADERA, CITY OF MADERA POLICE DEPARTMENT, MADERA POLICE OFFICER JOSH CHAVEZ (BADGE NO. 3509), DHS, US AGENCY; **THE UNITED STATES OF AMERICA, A Sovereign Nation acting by and through Its Agency, The Department of Homeland Security**.<br><br>Defendants | Case No. 1:13-CV-01793-MJS<br><br>JOINT STIPULATION RE MODIFICATION OF SCHEDULING ORDER |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES TO THIS ACTION by and through their attorneys of record herein as follows:

_____
JOINT STIPULATION RE MODIFICATION OF SCHEDULING ORDER

1. After a Motion to Dismiss was brought against the First Amended Complaint filed by Plaintiff, which named The Department of Homeland Security (herein "DHS"), an agency of the United States government, as one of the defendants in this action, DHS moved for an order dismissing this action as against it on the grounds, among other arguments, that there is no statutory exception for permitting an action to be brought against an agency of the United States for the actions or omissions alleged, and it was not the proper federal defendant, if any.

2. By Stipulation of the parties, Plaintiff ultimately filed a Second Amended Complaint, on January 20, 2015, naming the United States as a party defendant, and deleting any reference to DHS as a party defendant.

3. The Summons on the Second Amended Complaint has been served in accordance with the Federal Rules of Civil Procedure, after first confirming with counsel for DHS that he was not authorized to accept service of the Second Amended Complaint on behalf of the United States.

4. As a result of the delay in resolving the pleading issues, the parties have engaged in full discovery. Plaintiff and Madera Defendants have made appropriate discovery disclosures in accordance with the Rules and formal written discovery requests were exchanged. Deposition discovery has not occurred because of the pending presence, of the United States and Agent Quintero as parties to the litigation.

5. Given the time necessary for the formal response of the United States, and the probable participation of the United States in discovery, the Plaintiff and Madera defendants hereby request that the court modify its Scheduling Conference Order (Document Number 11) extend the time within which to complete non-expert discovery to be extended to and including April 17, 2015 and that the time within which to disclosure experts be extended to be completed by July 17, 2015. The

---
JOINT STIPULATION RE MODIFICATION OF SCHEDULING ORDER

parties that the trial date of December 8, 2015 will be retained.

I agree to all of the above.

Dated: February 13, 2015                    /s/Lazaro Salazar
                                            Lazaro Salazar
                                            Attorney for Plaintiff, Victoriano Mendez-Garcia

I agree to all of the above.

Dated: February 13, 2015                    /s/Gregory L. Myers
                                            Gregory L. Myers
                                            Attorney for Defendants City of Madera, City of
                                            Madera Police Department and Officer Josh Chavez

**Order**

Good cause appearing based on the above STIPULATION RE MODIFICATION OF SCHEDULING ORDER in Case No. 1:13-CV-01793-MJS is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:    February 17, 2015                 /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

_____
JOINT STIPULATION RE MODIFICATION OF SCHEDULING ORDER