**Gregory L. Myers, #95743**
**LAW OFFICES OF GREGORY L. MYERS**
**1500 W. Shaw Ave., Suite 204**
**Fresno, California 93711**
**Tel:    559-222-1005**
**Fax:    559-222-0702**
gmyers@fresno-law.com

Attorney for Defendants, CITY OF MADERA, OFFICER JOSH CHAVEZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **VICTORIANO MENDEZ GARCIA,** | **CASE NO.:  1:13-CV-01793 MJS** |
| **Plaintiff,** | |
| **vs.** | **STIPULATION AND ORDER RE: DEFENDANTS' PERCIPIENT WITNESSES** |
| **CITY OF MADERA, CITY OF MADERA POLICE DEPARTMENT, MADERA POLICE OFFICER JOSH CHAVEZ, et al.,** | |
| **Defendants.** | |

IT IS HEREBY STIPULATED by and between the parties as follows:

It is agreed that statements of Victorino Mendez Garcia, Maria Garcia, and Maria Lopez were recorded on the day of the incident in question.

It agreed that the witnesses were questioned by Madera Police Sergeant Gino Chiaramonte. The questions that were posed and the responses that were given by the above persons were translated from English to Spanish and Spanish to English by Madera Police Officer Pal. The statements were recorded.

The recorded statements were reviewed and translated by Anna Watrous, who is a Certified Interpreter/Translator certified to interpret/translate in the U.S. District Courts and certified by the CA Judicial Council, ID No. 01432580.

Transcriptions prepared by Ms. Watrous have been reviewed by the parties, who agree that the transcripts accurately reflect the statements that were recorded on the night of the incident and meet the evidentiary prerequisites of *Federal Rules of Evidence*, Rule 901 (a) and (b)(1).

The parties also agree that the transcriptions which are marked as Exhibits D-F, D-G, and D-H meet the prerequisites of Rule 901, but that additional foundation will be required to show the statements or portions thereof are relevant as defined by *Federal Rules of Evidence*, Rule 401 before the statements or portions thereof are admissible as evidence at trial.

IT IS SO STIPULATED.

DATED:  November 5, 2015.          LAW OFFICES OF GREGORY L. MYERS


                                         */s/ Gregory L. Myers*
                                   By:_____
                                         GREGORY L. MYERS
                                         Attorney for Defendants, CITY OF
                                         MADERA, OFFICER JOSH CHAVEZ

DATED:  November 5, 2015.          BENJAMIN B. WAGNER
                                   United States Attorney


                                         */s/ Benjamin E. Hall*
                                   By:_____
                                         BENJAMIN E. HALL
                                         Assistant U.S. Attorney
                                         Attorney for Defendant
                                         United States of America

DATED: November 5, 2015.


                                         */s/ Lazaro Salazar*
                                   By:_____
                                         LAZARO SALAZAR
                                         Attorney for Plaintiff

## **ORDER**

Based upon the Stipulation of the parties and good cause having been found, IT IS HEREBY ORDERED that the transcribed statements of Victorino Mendez Garcia (Exhibit D-F), Maria Lopez (Exhibit D-G), and Maria Garcia (Exhibit D-H), meet the requirements of *Federal Rules of Evidence*, Rule 901.  The parties will have to show additional foundation to establish the relevance of any such statement or portion thereof before admissibility will be considered by the Court.

IT IS SO ORDERED.

Dated:   November 6, 2015          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE