```
                                            FILED
                                       JUDGMENT ENTERED

                                         __12/15/2015__
                                               Date
                                       _Michelle Means Rooney_
                                             Deputy Clerk
                                        U.S. District Court
                                     Eastern District of California
                                         XX FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

VICTORIANO MENDEZ GARCIA,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:13-CV-1793 MJS

OFFICER JOSH CHAVEZ,

    Defendant.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 12/11/2015 in favor of defendant, Officer Josh Chavez, and against plaintiff, Victoriano Mendez Garcia.

DATED: 12/15/2015                          MARIANNE MATHERLY, Clerk


                                            By: /s/ MICHELLE MEANS ROONEY
                                                     Deputy Clerk

jgm.civ
2/1/95