```
                                        FILED
                                   JUDGMENT ENTERED

                                      12/15/2015
                                         Date
                                 Michelle Means Rooney
                                      Deputy Clerk
                                  U.S. District Court
                               Eastern District of California
                                   XX FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

VICTORIANO MENDEZ GARCIA,

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:13-CV-1793 MJS

CITY OF MADERA,

       Defendant.

_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 12/11/2015 in favor of defendant, City of Madera, and against plaintiff, Victoriano Mendez Garcia.

DATED:  12/15/2015                              MARIANNE MATHERLY, Clerk

                                                 By: /s/ MICHELLE MEANS ROONEY
                                                         Deputy Clerk

jgm.civ
2/1/95