**FILED**

**JUDGMENT ENTERED**

Dated: <u>2/17/2016</u>

By: <u>Michelle Means Rooney</u>

**Deputy Clerk**

U.S. District Court
Eastern District of California
**FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

VICTORIANO MENDEZ GARCIA,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:13-CV-01793 MJS

UNITED STATES OF AMERICA,

    Defendant.
_____/

    JUDGMENT: Jury trial commenced on December 8, 2015, and on December 11, 2015, the Court granted the defendant's motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a).

    IT IS HEREBY ORDERED AND ADJUDGED that: JUDGMENT IS HEREBY ENTERED IN FAVOR OF *DEFENDANT UNITED STATES OF AMERICA*, IN ACCORDANCE WITH THE JUDGMENT RENDERED IN COURT ON DECEMBER 11, 2015.

DATED: <u>2/17/2016</u>

MARIANNE MATHERLY, Clerk

By: <u>/s/ Michelle Means Rooney</u>

    Deputy Clerk

jgm.civ
2/1/95